MARY QUEENAN *et al.*

*v.*

JOHN M. PALMER *et al.*

*Filed at Springfield May 14, 1886.*

1. PRACTICE IN SUPREME COURT—*when cause is prematurely taken.* If a cause on docket is taken prematurely for decision before the appellees are required to join in error, there being nothing to show that they have all appeared and filed their briefs, and before an abstract of the record of the Appellate Court is filed as required, the order taking the case will be set aside and the cause continued.

2. APPEAL—*during a term of this court.* Where an appeal is taken from the Appellate Court to this court during a term of this court, the appellees are not bound to follow the case to that term.

APPEAL from the Appellate Court for the Third District;— heard in that court on appeal from the Circuit Court of Sangamon county; the Hon. JESSE J. PHILLIPS, Judge, presiding.

Messrs. STUART, EDWARDS & BROWN, Messrs. PALMERS, ROBINSON & SHUTT, Mr. J. A. CHESTNUT, and Mr. N. M. BROADWELL, for the appellees.

Per CURIAM:    This case is brought to this court by appeal from the final order of the Appellate Court for the Third District, made on the 5th day of January, 1886, but the record was not filed in this court until the 15th day of Janu-

ary, 1886. No abstract of the record of the Appellate Court has been filed, as required by.the rules of this court. The case was therefore prematurely taken for decision. It was not ready to be taken. Nor is there any joinder in error or any briefs prepared for the Supreme Court by some of appellees, so that it can not be known whether appellees are all in court or not. The appeal was taken and allowed after the January term, 1886, of the Supreme Court had commenced, and appellees were not bound by law to follow the case to that term of court. There is nothing to show that some of appellees have entered their appearance at the present term of this court.

The order taking the case will be set aside and the case continued.

*Order set aside.*